IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

SANTA MARIE VIA,

    **Plaintiff,**

v.                                                 Case No. 3:17-cv-00047

COMMUNICATIONS CORPORATION
OF AMERICA, INC. and STEVEN R.
FISHER,

    **Defendants.**

## DEFENDANTS' MOTION TO COMPEL ANSWERS
## AND RESPONSES TO DISCOVERY REQUESTS AND DEPOSITION DATES

    COME NOW defendants, Communications Corporation of America, Inc. ("CCA"), and its President, Steven R. Fisher ("Mr. Fisher") (collectively, "Defendants"), by and through counsel, pursuant to Federal Rule of Civil Procedure 37, and hereby move this Court to compel Plaintiff Santa Marie Via ("Plaintiff") to (i) provide full and complete responses to CCA's First Set of Interrogatories, Fisher's First Set of Interrogatories, and Defendants' First Requests for Production of Documents and (ii) provide dates for the depositions of Plaintiff and other witnesses in this case. The reasons and grounds for this Motion to Compel are more fully set forth in the Memorandum of Law in Support of Defendant's Motion to Compel filed simultaneously herewith.

                                                  Respectfully submitted,

                                                  COMMUNICATIONS CORPORATION OF
                                                  AMERICA, INC. and STEVEN R. FISHER,

                                                  _____/s/ Naomh M. Hudson_____
                                                            By Counsel

Naomh M. Hudson, Esquire (VSB No. 80970)
Susan Childers North, Esquire (VSB No.: 43068)
LeClairRyan, A Professional Corporation
5425 Discovery Park Boulevard, Suite 200
Williamsburg, Virginia 23188
Telephone: (757) 941- 2806
Facsimile: (757) 941-2879
Susan.North@leclairryan.com
Naomh.Hudson@leclairryan.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 22 day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Robert O. Wilson, Esquire
2 South Main Street, Suite 409
Harrisonburg, VA 22802
Telephone: (540) 430-0122
Email: robert@thewilsonlaw.com

Mitchell J. Rotbert
(admitted *pro hac vice*)
8937 Shady Grove Court
Gaithersburg, Maryland 20877
Phone: (240) 600-6467
Fax: (888)913-2307
Email: mitch@rotbertlaw.com
*Counsel for Plaintif*

    /s/ Naomh M. Hudson
Naomh M. Hudson, Esquire (VSB No. 80970)
LeClairRyan, A Professional Corporation
5425 Discovery Park Boulevard, Suite 200
Williamsburg, Virginia 23188
Telephone: (757) 941- 2806
Facsimile: (757) 941-2879
Naomh.Hudson@leclairryan.com

*Counsel for Defendants Communications*
*Corporation of America, Inc. and Steven R. Fisher*